IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSEANNE M. NOBLE,<br>Plaintiff,<br>v.<br>SPRUCE POWER HOLDING CORPORATION, D/B/A SPRUCE POWER, and EXPERIAN INFORMATION SOLUTIONS, INC.,<br>Defendants. | Case No. 1:26-cv-06003-KES-HBK<br>**ORDER GRANTING STIPULATION TO ARBITRATE CLAIMS AND STAY CASE AS TO EXPERIAN INFORMATION SOLUTIONS, INC.**<br>Doc. 15<br>Judge: Hon. Kirk E. Sherriff |

Having considered the stipulation of the Parties, the Court hereby **GRANTS** the Stipulation to Arbitrate Claims and Stay Case as to Experian Information Solutions, Inc.

**IT IS HEREBY ORDERED,**

1. Plaintiff Roseanne Noble ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") shall proceed to arbitration before the American Arbitration Association pursuant to its Consumer Arbitration Rules;

2. The Action is stayed as between Plaintiff and Experian; and

3. All deadlines, including those previously set by this Court, are stayed as between Plaintiff and Experian.

4. The parties shall notify the Court that arbitration proceedings have concluded within fourteen (14) days of the issuance of the arbitrator's decision.

IT IS SO ORDERED.

Dated: October 28, 2026

UNITED STATES DISTRICT JUDGE